```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 24469
   DENISE C SIMON LEVEQUE
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7322

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/28/2007 and was not confirmed.

    The case was dismissed without confirmation 02/25/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------
ASSET ACCEPTANCE LLC      UNSECURED            568.25           .00          .00
ASSET ACCEPTANCE LLC      UNSECURED            577.50           .00          .00
NATIONAL CITY MORTGAGE    CURRENT MORTG           .00           .00          .00
NATIONAL CITY MORTGAGE    SECURED NOT I        634.66           .00          .00
AMERICASH LOANS LLC       UNSECURED           2190.03           .00          .00
PREMIER BANCARD CHARTER   UNSECURED            496.52           .00          .00
PRO SE DEBTOR             DEBTOR ATTY            .00                         .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS                DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                      --------------         --------------
TOTALS                    .00                      .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 05/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```